UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GLENMARK GENERICS INC., USA,<br><br>　　　　　　　　Defendant. | C.A. No. 14-877-LPS-CJB |

## JOINT STATUS REPORT

Pursuant to the Court's June 1, 2018 Order (D.I. 347), Plaintiffs GlaxoSmithKline LLC and SmithKline Beecham (Cork) Limited ("Plaintiffs") and Defendant Glenmark Generics Inc., USA ("Defendant"), submit this Joint Status Report in the above-titled case.

On March 20, 2017, the parties in the above-titled case and in *GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*, Case No. 14-878-LPS-CJB ("the Teva Matter") submitted a joint letter stating that the parties all agreed trial should proceed in the Teva Matter, and that a "trial against Glenmark can be scheduled at the Court's earliest convenience." (*See* Case No. 14-878-LPS, D.I. 329.)

Trial commenced in the Teva Matter on June 12, 2017. The Jury returned a verdict in the Teva Matter on June 20, 2017. Subsequently, the Court heard post-trial motions in the Teva Matter on October 26, 2017, and ruled on those post-trial motions on March 28, 2018, granting Teva's Motion for Judgment as Matter of Law ("the JMOL Order"). The Court entered final judgment in the Teva Matter on April 25, 2018. Plaintiffs filed their notice of appeal in the Teva Matter on May 14, 2018.

NOW WHEREFORE, Plaintiffs and Defendant in this case met and conferred on June 6, 2018 in advance of filing this joint status report. The parties in this case agree that resolution of

the issues to be appealed in the Teva Matter will directly impact the issues to be tried, if any, in this case.  Accordingly, the parties agree that this case should be stayed pending resolution of the appeal in the Teva Matter.  The parties will provide the Court with a further status report within 30 days of receipt of a decision by the merits panel that hears the appeal.

Respectfully submitted.

| FISH & RICHARDSON P.C. | DUANE MORRIS LLP |
|---|---|
| By: */s/ Douglas E. McCann* <br> Douglas E. McCann (#3852) <br> Jeremy D. Anderson (#4515) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE 19801 <br> (302) 652-5070 <br> dmccann@fr.com; <br> janderson@fr.com <br><br> *Attorneys for Plaintiffs GlaxoSmithKline LLC and SmithKline Beecham (Cork) Limited)* | By: */s/Richard W. Riley* <br> Richard W. Riley (#4052) <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, DE 19801 <br> (302) 657-4928 <br> rwriley@duanemorris.com <br><br> *Attorneys for Defendant Glenmark Generics Inc., USA* |

Dated:  June 8, 2018